IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:17-CR-61-MTT-CHW |
| v. | VIOLATIONS: |
| JASON KENNETH BELL | 18 U.S.C. § 875(c) |
| | 47 U.S.C. § 223(a)(1)(C) |
| Defendant | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Anonymous Telecommunications Harassment)

On or about March 1, 2017, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**JASON KENNETH BELL,**

Defendant herein, did make a telephone call in interstate and foreign commerce, without disclosing his identity, and with the intent to abuse, threaten, or harass any specific person; to wit: Defendant called the Office of United States Senator Charles Schumer and without identifying himself, stated that Senator Schumer would be "hunted down" and that Defendant would hit Senator Schumer until Defendant could not lift his arms anymore; all in violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT TWO
### (Interstate Transmission of Threat to Injure)

On or about October 23, 2017, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**JASON KENNETH BELL,**

Defendant herein, did knowingly and willfully transmit in interstate and foreign commerce from the State of Georgia to the District of Columbia, a communication to an employee at the office of United States Senator Timothy Scott, and the communication contained a threat to injure the person of another, to wit: United States Senator Timothy Scott, specifically "I am going to kill that motherfucker;" all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:
G.F. PETERMAN, III
UNITED STATES ATTORNEY

C. SHANELLE BOOKER
Assistant United States Attorney

Filed in open court this 16 day of NOV, 2017.

Deputy Clerk