IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:17-CR-00061-MTT-CHW |
| v. | VIOLATIONS: |
| JASON KENNETH BELL | 47 U.S.C. § 223(a)(1)(C) |
| Defendant | |

Filed at 10:15 A.M.

Deputy Clerk, U.S. District Court
Middle District of Georgia

### SUPERSEDING INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
(Anonymous Telecommunications Harassment)

On or about March 1, 2017, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**JASON KENNETH BELL,**

Defendant herein, did make a telephone call in interstate and foreign commerce, without disclosing his identity, and with the intent to abuse, threaten, or harass any specific person; to wit: Defendant called the Office of United States Senator Charles Schumer and without identifying himself, stated that Senator Schumer would be "hunted down" and that Defendant would hit Senator Schumer until Defendant could not lift his arms anymore; all in violation of Title 47, United States Code, Section 223(a)(1)(C).

## COUNT TWO
### (Anonymous Telecommunications Harassment)

On or about October 23, 2017, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**JASON KENNETH BELL,**

Defendant herein, did make a telephone call in interstate and foreign commerce, without disclosing his identity, and with the intent to abuse, threaten, or harass any specific person; to wit: Defendant called the Office of United States Senator Timothy Scott and without identifying himself, stated that "ignorant motherfucker, goddamn, I can't stand that motherfucker saying that neo-nazis and white people are the problem. I am going to kill that motherfucker;" all in violation of Title 47, United States Code, Section 223(a)(1)(C).

CHARLES E. PEELER
UNITED STATES ATTORNEY

*C. Shanelle Booker*
C. SHANELLE BOOKER
Assistant United States Attorney

Filed in open court this 1st day of May, 2018.

_____
Deputy Clerk